AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ MASSACHUSETTS _____

BLUECHIP TECHNOLOGIES, LTD.,

V.

HCA INFORMATION TECHNOLOGY
& SERVICES, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05-10784 JLT**

TO: (Name and address of Defendant)

HCA Information Technology & Services, Inc.
2545 Park Plaza
Nashville, Tennessee

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael A. Albert, Esq.
Ilan M. Barzilay, Esq.
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK         TON                    DATE  4-19-05

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 4-22-05 |
| NAME OF SERVER (PRINT) Larry Wozencraft | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

[XX] Served personally upon the defendant. Place where served:  HCA Information Technology & Services, inc. 2545 Park Plaza. Nashville, Tn.  Accepted by Monica Thompson, Litigation Paralegal.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-22-05
          *Date*          *Signature of Server*

PO Box 1865 Antioch, Tn. 37011
*Address of Server*
615/781-3730

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.