IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUECHIP TECHNOLOGIES LTD.,<br><br>                    Plaintiff<br>v.<br><br>HCA INFORMATION TECHNOLOGY &<br>SERVICES, INC.,<br>                    Defendant. | Civil Action No. 05-10784 JLT |

## DEFENDANT'S ASSENTED-TO MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Pursuant to Local Rule 7.1, Defendant HCA Information Technology & Services, Inc. ("HCAIT"), with the assent of Plaintiff BlueChip Technologies Ltd. ("BlueChip"), hereby moves this Court to enlarge the time for HCAIT to answer or otherwise respond to the Complaint through and including June 30, 2005. In support of this Motion, HCAIT states as follows:

1. On or about April 22, 2005, BlueChip was served with a copy of the Complaint.

2. Accordingly, pursuant to Fed. R. Civ. P. 12, the deadline to answer or otherwise respond to the Complaint is Thursday, May 12, 2005.

3. HCAIT now requests this Court to enlarge the time for HCAIT to answer or otherwise respond to the Complaint through and including June 30, 2005.

4. Good cause exists for such an enlargement as the parties are exploring the possibility of settlement.

5. BlueChip has assented to this enlargement of time for HCAIT to answer or otherwise respond to the Complaint, through and including June 30, 2005.

BOS1492112.1

- 2 -

WHEREFORE, Defendant HCAIT respectfully requests this Court to:

1. Enlarge the time for Defendant HCAIT to answer or otherwise respond to the Complaint, through and including June 30, 2005; and

2. Grant such further relief as justice requires.

Respectfully submitted,

HCA INFORMATION TECHNOLOGY
& SERVICES, INC.,
By its attorneys,

  /s/ Gina M. McCreadie
J. William Codinha, BBO No. 087740
Timothy W. Mungovan, BBO No. 600702
Deborah C. Burton, BBO No. 650737
Gina M. McCreadie, BBO Np. 661107
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
(617) 345-1000

Dated: May 11, 2005