IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUECHIP TECHNOLOGIES LTD., <br><br> Plaintiff <br><br> v. <br><br> HCA-INFORMATION TECHNOLOGY & SERVICES, INC., <br> Defendant. | Civil Action No. 05-10784 JLT |

**DEFENDANT'S MOTION FOR LEAVE TO SUBMIT MEMORANDUM
IN EXCESS OF TWENTY PAGES**

Pursuant to Local Rule 7.1(B)(4), Defendant HCA-Information Technology & Services, Inc. ("HCA-IT&S") requests leave to submit a memorandum in excess of twenty (20) pages. HCA-IT&S seeks to leave to file an approximately thirty-three (33) page memorandum in support of its Emergency Motion for Temporary Restraining Order and Preliminary Injunction. As grounds for its Motion, HCA-IT&S states the following:

1. The events giving rise to HCA-IT&S' Motion for Temporary Restraining Order and Preliminary Injunction and Counterclaim involve complicated facts regarding the provision of critical support for software programs that facilitate the electronic storage and retrieval of patient medial information.

2. Plaintiff BlueChip Technologies Ltd. ("BlueChip") has threatened to terminate its support on July 5, 2005.

3. BlueChip's termination of support would jeopardize the health and safety of thousands of patients receiving medical care at the Hospitals served by HCA-IT&S.

BOS1503688.1

- 2 -

4. When combined, these factors make it extremely difficult to provide the Court with the necessary information upon which to evaluate HCA-IT&S' requests for injunctive relief while adhering to the twenty (20) page limit of Local Rule 7.1(B)(4).

WHEREFORE, HCA-IT&S requests that the Court grant it leave to file an approximately thirty-three (33) page memorandum in support of its Emergency Motion for Temporary Restraining Order and Preliminary Injunction.

Respectfully submitted,

HCA-INFORMATION TECHNOLOGY
& SERVICES, INC.,
By its attorneys,

_____
J. William Codinha, BBO No. 087740
Timothy W. Mungovan, BBO No. 600702
Deborah C. Burton, BBO No. 650737
Stephen M. LaRose, BBO No. 654507
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

Dated: June 27, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Michael A. Albert, Wolf, Greenfield & Sacks, PC, 600 Atlantic Ave., Boston, MA 02210, by hand on June 27, 2005.

_____
Stephen M. LaRose

BOS1503688.1