IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUECHIP TECHNOLOGIES LTD.,<br><br>          Plaintiff<br><br>v.<br><br>HCA-INFORMATION TECHNOLOGY & SERVICES, INC.,<br>          Defendant. | Civil Action No. 05-10784 JLT<br><br>**EMERGENCY HEARING REQUESTED** |

### DEFENDANT'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65(b), Defendant HCA-Information Technology Services, Inc. ("HCA-IT&S") respectfully requests that this Court issue a temporary restraining order and preliminary injunction against Plaintiff BlueChip Technologies Ltd. ("BlueChip") to prevent BlueChip from terminating critical support for software programs that facilitate the electronic storage and retrieval of patient medical information. BlueChip has threatened to terminate its support on July 5, 2005, thereby placing the health and safety of thousands of medical patients at risk. In support of its Motion, HCA-IT&S relies upon its Memorandum of Law, the Affidavit of Timothy W. Partlow, the Affidavit of William E. Fitzgerald, the Affidavit of Phillip P. Brown, M.D., the Affidavit of Deborah C. Burton, Esq. with accompanying exhibits, and its Counterclaim.

WHEREFORE, for the foregoing reasons, and those set forth in its Memorandum of Law, Counterclaim, and accompanying affidavits, HCA-IT&S respectfully requests that the Court (i) issue a temporary restraining order and preliminary injunction enjoining BlueChip from terminating support for the Supported Programs on July 5, 2005; and (ii) order such further relief as the Court deems just and proper.

- 2 -

Respectfully submitted,

HCA-INFORMATION TECHNOLOGY
& SERVICES, INC.,
By its attorneys,

/s/ Timothy W. Mungovan

J. William Codinha, BBO No. 087740
Timothy W. Mungovan, BBO No. 600702
Deborah C. Burton, BBO No. 650737
Stephen M. LaRose, BBO No. 654507
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

Dated: June 27, 2005

## LOCAL RULE 7.1(A)(2) STATEMENT

Pursuant to Local Rule 7.1(A)(2), HCA-IT&S states that it has had numerous discussions with BlueChip and has attempted in good faith to resolve the ongoing dispute. In light of BlueChip's announcement to HCA-IT&S on June 22, 2005 that BlueChip would terminate support on July 5, 2005, HCA-IT&S notified BlueChip by letter sent via facsimile and email on the morning of June 24, 2005 that HCA-IT&S planned to file a motion for emergency injunctive relief on June 27, 2005. BlueChip has not responded to HCA-IT&S' letter.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Michael A. Albert, Wolf, Greenfield & Sacks, PC, 600 Atlantic Ave., Boston, MA 02210, by hand on June 27, 2005.

/s/ Stephen M. LaRose

Stephen M. LaRose