IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BLUECHIP TECHNOLOGIES LTD.,

        Plaintiff

v.

HCA INFORMATION TECHNOLOGY &
SERVICES, INC.,
        Defendant.

Civil Action No. 05-10784 JLT

**AFFIDAVIT OF PHILLIP P. BROWN, M.D.**

I, Phillip P. Brown, state as follows:

1. I am an adult resident of the State of Tennessee and make this Affidavit based upon my own knowledge.

2. I am a surgeon and board certified in cardiothoracic surgery.

3. I received my M.D. degree from The University of Oklahoma in 1969.

4. A current copy of my *curriculum vitae* is attached as Exhibit 1.

5. I am affiliated with, and have privileges at, the following hospitals: Centennial Medical Center and Southern Hills Medical Center. Each of these hospitals is affiliated with HCA Inc. ("HCA").

6. I understand that HCA-Information Technology & Services, Inc. ("HCA-IT&S") provides information technology and services to hospitals that are: (1) owned, managed and/or operated either by one or more affiliates or subsidiaries of HCA ; or (2) independent of HCA (collectively, the "Hospitals").

7. As part of my medical practice, and my affiliation with HCA, I serve as the Chair of the Physician User Group that coordinates with HCA-IT&S to ensure that the information

technology and services provided by HCA-IT&S to the Hospitals enables the Hospitals to provide the highest quality patient care. As such, I have familiarity with certain technologies, products, and services provided by HCA-IT&S to the Hospitals.

8. Among other things, HCA-IT&S provides a service to the Hospitals that enables physicians and other healthcare providers to electronically retrieve patient medical information. The software program that controls most of this electronic information is known as the MEDITECH Clinical Patient Care System (the "MEDITECH System"). Once certain patient medical information reaches a certain "age" in the MEDITECH System, it is electronically archived. The "age" at which information is archived can vary, but as an example, information can be archived on a rolling basis according to the specifications of the individual Hospitals.

9. The MedArchive software program permits the retrieval of certain archived patient medical information. This information includes information such as physician-dictated reports, nursing documentation, and other details related to medical care during prior hospital visits. Thus, when a physician or healthcare provider at one of the Hospitals needs to review a patient's medical information, the MedArchive software program works in tandem with the MEDITECH System to retrieve both archived and current patient medical information. During interactions with MEDITECH, the clinician can differentiate between archived and non-archived records but is not aware of the MEDITECH system's interaction with the Blue Chip MedArchive product.

10. Based on the way that medical records are created, stored, and retrieved at the Hospitals, the seamless and error-free electronic access to patient medical information, including archived information, is critical to patient care. The provision of adequate patient care is enabled by the providers having electronic access to medical information, which of course includes any

and all archived medical information. The archived information provides detailed and relevant patient care records related to prior hospital visits including tests conducted, care documentation generated by nursing and other clinical staff, and other patient specific medical detail. In the event that archived medical information becomes unavailable to healthcare providers at the Hospitals, for any amount of time, the health and safety of patients at the Hospitals could be placed at risk. It is not an understatement to say that if archived medical information becomes unavailable electronically to healthcare providers, such an event could impede the provision of adequate care.

    Signed under the pains and penalties of perjury of this 24 day of June 2005.

_____
Phillip P. Brown, M.D.

PHILLIP PENDLETON BROWN
CURRICULUM VITAE

Office Address:                2400 Patterson Street
                               Nashville, TN  37203

Office Telephone:              (615) 329-0929
Office Fax:                    615) 329-0949

Home Address:                  518 Park Center Drive
                               Nashville, TN  37205

Home Telephone:                (615) 383-2760

Married:                       Sue Ann Nuckols

Children:                      Brooke Nuckols Brown, 1974
                               Sara Pendleton Brown, 1976

Date of Birth:                 January 31, 1944

Place of Birth:                Denver, Colorado

Education:
    Academic Degree:           B.S., University of Oklahoma 1966
    Medical Degree:            M.D., University of Oklahoma 1969 (7/66-7/69)
    Internship:                University of Oklahoma 1970 (7/69-7/70)
    Residencies:               University of Oklahoma 1970-1974 (G.S.)
                               Vanderbilt University 1976-1978 (CTS)

Military Service:              United States Air Force Strategic Air Command 1974-1976

Employment:                    Cardio Thoracic Surgery Associates, P.C.
                               1978 - present

Academic Appointment:          Assistant Clinical Professor - Vanderbilt University

Hospital Appointments:         Centennial Medical Center (Active 1978)
                               St. Thomas Hospital (Courtesy 1981)
                               Baptist Hospital (Courtesy 1988)
                               Southern Hills Medical Center (Courtesy 1988)

Medical Specialty:             Cardiothoracic Surgery

Curriculum Vitae
Phillip P. Brown
Page 2

| | |
|---|---|
| Medical Societies: | Fellow, American College of Surgeons |
| | Fellow, American College of Cardiology |
| | Fellow, American Heart Association |
| | Society of Thoracic Surgeons |
| | Nashville Cardiovascular Society |
| | Nashville Academy of Medicine-Davidson County Medical Society |
| | Tennessee Medical Association |
| | American Heart Association Council on Cardiovascular Surgery |
| Board Certified: | American Board of Surgery (1975-present) |
| | American Board Thoracic Surgery (1979-present) |
| Offices and Awards | Perfusion Committee, TN Dept. of Health - Related Boards, 2002 |
| | 2001 Surgeon of the Year Award, HCA Cardiovascular Clinical Management Network |
| | Tennessee Hospital Association Meritorious Service Award, 2000 |
| | Chairman, Physician User Review Group, HCA Information Technology and Services 1998-present. |
| | Physician Advisor, HCA Information Technology and Services 1998-present |
| | Physician Advisor, Xantus Healthcare Medical Advisory Committee 1997-2004 |
| | President, Medical Staff, Centennial Medical Center 1998 and 1999 |
| | Chairman, Department of Surgery at Centennial Medical Center 1995-1997 |
| | President, Nashville Cardiovascular Society 1993 |

Curriculum Vitae
Phillip P. Brown, M. D.
Page 3

PUBLICATIONS

Clinical results with an extracaval prosthesis and description of a new intracaval filter, Elkins RD, McCurdy JR, Brown PP, Greenfield, LJ. Journal OSMA pp 53-59, Feb. 1973

A new intracaval filter permitting continued flow and resolution of emboli, Greenfirld LJ, Brown PP, McCurdy JR, Elkins RC. Surgery 73:599-606, Apr,. 1973.

Effects of Albumin and Urea on Hydrostatic edema in the perfused lung, Greenfield LJ, Brown PP, McCurdy JR, Elkins, RD. Journal of Surgery Research 14:359-366, 1973.

Hemodynamic response of the conscious swine to E-coli endotoxin, Brown PP, Elkins RC, Greenfield LJ, Surgical Forum 1973.

Evaluation of the role of circulating Myocardial Depressant Factor in shock, Hinshaw LB, Archer LT, Black MR, Brown PP, Greenfield LJ, American Journal of Physiology 1974.

Effects of coronary perfusion pressure on myocardial performance during endotoxin sock, Elkins RC, Brown PP, McCurdy JR, Greenfield LJ, SG&O 137:991, Dec 1973.

Transvenous Management of Pulmonary Embolic Disease, Greenfield LJ, Brown PP, Peyton MP, Elkins RC, Annals of Surgery 1974.

Response of the Edematous Isolated Lung to Static PEEP, Brown PP, Coalson JJ, Elkins RC, Peyton MD, Altshuler LH, Greenfield LJ, J Surg. Res. 16 248-255, March 1974.

Treatment of the isolated edematous canine lung with graded PEEP, Brown PP, Elkins RC, Greenfield LJ, Chest Supp. 1974.

Hemoptysis and Pulmonary Aspergilloma: Operative vs nonoperative treatment, Faulkner SL, Vernon R, Brown PP, Fisher RD, Bender HW, Annals of Thoracic Surgery 25:389-392 April 1978.

Comparing Clinical Outcomes in High-Volume and Low-Volume Off-Pump Coronary Bypass Operation Programs, Brown PP, Mack MJ, Simon A, Battaglia S., Tarkington L, Culler S, Becker E, Annals Thoracic Surgery 72:S1009-15, September 2001.

Outcomes Experience with off-Pump Coronary Artery Bypass Surgery in Women, Brown PP, Battaglia S, Tarkington L, Horner S, Becker E, Culler S, Simon A, Annals of Thoracic Surgery 74:2113-2119, January 2002.

Curriculum Vitae
Phillip P Brown, M. D.
Page 4

PRESENTATIONS

The Impact of Hospital CABG Volume and Surgeon CABG Volume on Patient Outcomes: Results from the 1999 HCA Case Mix Database, Michael Mack, Phillip Brown, Sal Battaglia, April Simon, Edmund Becker, Steve Culler, TCT:2000 Poster Presentation.

Off Pump or On Pump Coronary Artery Bpass Graft Surgery: Which is Better for Women?, Phillip Brown, Sal Battaglia, Lynn Tarkington, Steve Horner, Edmund Becker, Steven Culler, April Simon, CTT 2001, Poster Presentation.

Are Conduction Disorders Predictors of Adverse Outcome Among Q-Wave MI Patients Undergoing CABG, Phillilp Brown, Aaron Kugelmass, Lynn Tarkington, Sal Battaglia, Kevin Roussel, April Simon, Steve Culler, Edmund Becker, TCT 2001, Poster Presentation.

Is OPCAB Better Than Conventional CAB Surgery in 2000, Phillip Brown, Aaron Kugelmass, Lynn Tarkington, Sal Battaglia, Kevin Roussel, April Simon, Steve Culler, Edmund Becker, TCT 2001, Poster Presentation.

Does Having a Diagnostic Cath and CABG During the Same Admission Increase Adverse Outcomes?, Phillip Brown, Aaron Kugelmass, Sal Battaglia Steve Culler, Edmund Becker, April Simon, AHA Outcomes 2001, Poster Presentation.

Does Site Volume Improve Stroke Outcomes?, Allan Anderson, Phillip Brown, Aaron Kugelmass, Sal Battaglia, Lynn Tarkington, Ned Becker, Steve Culler, 27th International Stroke Conference, Poster Presentation.

Arterial versus Venous Conduits: Are There Differences in Immediate Clinical Outcomes Among Patients Undergoing CABG?, Phillip Brown, Michael Mack, Sal Battaglia, Lynn Tarkington, April Simon, Steve Culler, Edmund Becker, CTT 2002, Poster Presentation.

Are There Gender Differences in Outcomes Among Patients Undergoing OPCAB?, Phillip Brown, Michael Mack, Sal Battaglia, Lynn Tarkington, April Simon, Steve Culler, Edmund Becker, CTT 2002, Poster Presentation.

OPCAB vs. On-Pump CABG: Which is Better for Patients with DM?, Michael Mack, Phillip Brown, Michael Mack, Sal Battaglia, Lynn Tarkington, A;ril Simon, Edmund Becker, and Steve Culler, CTT 2002, Poster Presentation.

Should "Best Hospitals" Performence Ranking for Percutaneous Coronary Artery Interventions Include Clinical Outcomes Other than Mortality?  Aaron D. Kugelmass, David J. Cohen, Phillip P. Brown, Edmund R. Becker, Steven D. Culler, April W. Simon., AHA Outcomes 2004, Poster Presentation.

Curriculum Vitae
Phillip P. Brown, M. D.
Page 5

PRESENTATIONS continued

Use of Internal Mammary Arteries in CABG: Does Gender Matter?
Phillip Brown, M.D.; Aaron D. Kugelmass, M.D.; Lynn G. Tarkington, R.N.; Salvatore L. Battaglia, B.S.; Steven D. Culler, Ph.D.; Edmund R. Becker, Ph.D.; April W. Simon,R.N.,M.S.N.
Featured Poster Presentation; American College of Cardiology, Orlando FL. 2005

Outcomes and Costs of CABG Patients with a Primary Diagnosis of AMI in Community-Based Hospitals
Michael Macris, M.D.; Marc R. Katz, M.D.; Phillip Brown, M.D.; Lynn G. Tarkington, R.N.; Salvatore L. Battaglia, B.S.; Steven D. Culler, Ph.D.; Edmund R. Becker, Ph.D.; April W. Simon, R.N., M.S.N.
Poster Presentation; American Heart Association Outcomes Meeting, Washington, DC 2005


CABG w_AMI.pdf

Trends in Mitral Valve Repair in Community-Based Practice
Phillip Brown, M.D.; George Palmer, M.D.; Lynn G. Tarkington, R.N.; Salvatore L. Battaglia, B.S.; Steven D. Culler, Ph.D.; Edmund R. Becker, Ph.D.;
April W. Simon,R.N.,M.S.N.
Poster Presentation; American Heart Association Outcomes Meeting, Washington, DC 2005


MVR trends.pdf

The Incremental Hospital Cost of Treating Selected Complications Among Medicare Beneficiaries Undergoing the Implantation of Permanent Pacemaker
Aaron Kugelmass, M.D., David Cohen, M.D., Phillip Brown, M.D., Edmund Becker, PhD, Steven Culler, PhD, April W. Simon, MSN
Poster Presentation; American Heart Association Outcomes Meeting, Washington, DC 2005


FinalAHA2005CostofTreatingSelectedComplicationsPPMFINAL.pdf

Curriculum Vitae
Phillip P. Brown, M. D.
Page 6

PRESENTATIONS continued.

Examining the Variation in Hospital Rankings and Lives Saved for Coronary Artery Bypass Graft Surgery and Percutaneous Coronary Artery Interventions Among Medicare Beneficiaries
Phillip Brown, M. D., David Cohen, M.D., Aaron Kugelmass, M. D., Edmund Becker, PhD, Steven Culler, PhD., April Simon, MSN
Poster Presentation; American Heart Association Outcomes Meeting, Washington, DC 2005


Final Final AHA2005VariationHospitalRankingsLivesSavedforCABGPCIv2.pdf

## CERTIFICATE OF SERVICE

I, Stephen LaRose, hereby certify that on June 27, 2005, I caused a true and accurate copy of the above affidavit to be served upon counsel for Plaintiff by hand.

_____