IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUECHIP TECHNOLOGIES LTD.,<br><br>　　　　　　Plaintiff<br>v.<br><br>HCA-INFORMATION TECHNOLOGY &<br>SERVICES, INC.,<br>　　　　　　Defendant. | Civil Action No. 05-10784 JLT |

### AFFIDAVIT OF DEBORAH C. BURTON, ESQ.

I, Deborah C. Burton, Esq., under the pains and penalties of perjury, hereby state the following:

1. I am an associate in the Litigation Department of Nixon Peabody LLP. I am a member of the Bar of the Commonwealth of Massachusetts in good standing and I am admitted to practice in the U.S. District Court for the District of Massachusetts.

2. I make this Affidavit based on my own knowledge and in support of Defendant's Emergency Motion for Temporary Restraining Order and Preliminary Injunction.

3. I am an attorney of record, representing Defendant HCA-Information Technology & Services, Inc. ("HCA-IT&S"), in this litigation.

4. The documents attached hereto as Exhibits are true and accurate copies of the documents that are described in paragraphs 5 through 23 below.

5. The document attached hereto as Exhibit 1 is a true and accurate copy of the Software License Agreement between BlueChip and HCA-IT&S.

6. The document attached hereto as Exhibit 2 is a true and accurate copy of the Master Software Support Agreement between BlueChip and HCA-IT&S and includes a true and accurate copy of New Exhibit C, entitled "Software Support Price Schedule."

7. The document attached hereto as Exhibit 3 is a true and accurate copy of an email from Data General to HCA-IT&S dated January 13, 1999.

8. The documents attached hereto as Exhibit 4 are true and accurate copies of BlueChip's invoices for services from August 2001 through April 2005.

9. The documents attached hereto as Exhibit 5 are true and accurate copies of checks issued by HCA-IT&S as payment to BlueChip for services from August 2001 through April 2005.

10. The document attached hereto as Exhibit 6 is a true and accurate copy of a letter from BlueChip to HCA-IT&S dated December 17, 2004.

11. The document attached hereto as Exhibit 7 is a true and accurate copy of a letter from BlueChip to HCA-IT&S dated May 1, 2005.

12. The document attached hereto as Exhibit 8 is a true and accurate copy of a letter from HCA-IT&S to BlueChip dated May 19, 2005.

13. The document attached hereto as Exhibit 9 is a true and accurate copy of a letter from BlueChip to HCA-IT&S dated May 20, 2005.

14. The document attached hereto as Exhibit 10 is a true and accurate copy of an invoice from BlueChip to HCA-IT&S dated May 1, 2005, for the time period June 1, 2005 through June 30, 2005, in the amount of $32,564.23.

15. The document attached hereto as Exhibit 11 is a true and accurate copy of a check issued by HCA-IT&S to BlueChip on May 13, 2005 in the amount of $32,564.23.

16. The document attached hereto as Exhibit 12 is a true and accurate copy of a letter from HCA-IT&S to BlueChip dated May 31, 2005.

- 3 -

17. The document attached hereto as Exhibit 13 is a true and accurate copy of an invoice from BlueChip to HCA-IT&S dated June 1, 2005, for the time period July 1, 2005 to July 31, 2005, in the amount of $121,325.00.

18. The document attached hereto as Exhibit 14 is a true and accurate copy of a check issued by HCA-IT&S to BlueChip on June 17, 2005 in the amount of $38,124.00.

19. The document attached hereto as Exhibit 15 is a true and accurate copy of a letter from HCA-IT&S to BlueChip dated June 17, 2005 that accompanied the above referenced check.

20. The document attached hereto as Exhibit 16 is a true and accurate copy of a letter from BlueChip to HCA-IT&S dated June 23, 2005.

21. The document attached hereto as Exhibit 17 is a true and accurate copy of a letter from BlueChip to HCA-IT&S dated January 14, 2005.

22. The document attached hereto as Exhibit 18 is a true and accurate copy of a letter from HCA-IT&S to BlueChip dated January 19, 2005.

23. The document attached hereto as Exhibit 19 is a true and accurate copy of a letter from BlueChip to HCA-IT&S dated January 25, 2005.

Signed under the pains of penalty of perjury this 27th day of June 2005.

_____
Deborah C. Burton, Esq.

## CERTIFICATE OF SERVICE

I, Stephen LaRose, hereby certify that on June 27, 2005, I caused a true and accurate copy of the above affidavit to be served upon counsel for Plaintiff by hand.

_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.