IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BLUECHIP TECHNOLOGIES LTD.,

        Plaintiff

v.                                          Civil Action No. 05-10784 JLT

HCA-INFORMATION TECHNOLOGY &
SERVICES, INC.,

        Defendant.

## Defendant's Corporate Disclosure Statement

Pursuant to Local Rule 7.3, the Defendant, HCA Information Technology & Services,

Inc., hereby submits the following corporate disclosure statement:

1.    HCA-Information Technology & Services, Inc. is a wholly-owned indirect

subsidiary of HCA Inc.

2.    HCA Inc. is a publicly traded company listed on the New York Stock Exchange.

Respectfully submitted,

HCA INFORMATION TECHNOLOGY
& SERVICES, INC.,
By its attorneys,

J. William Codinha, BBO No. 087740
Timothy W. Mungovan, BBO No. 600702
Deborah C. Burton, BBO No. 650737
Stephen M. LaRose, BBO No. 654507
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

Dated: June 27, 2005

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Michael A. Albert, Wolf, Greenfield & Sacks, PC, 600 Atlantic Ave., Boston, MA 02210 by hand, on June 27, 2005.

Stephen M. LaRose