IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUECHIP TECHNOLOGIES LTD., <br><br> Plaintiff, <br><br> v. <br><br> HCA INFORMATION TECHNOLOGY & SERVICES, INC., <br><br> Defendant. | Civil Action No. 05-10784 JLT |

## DECLARATION OF STATUS QUO

Pursuant to discussion with the Court clerk regarding the scheduling of a hearing on Defendant HCA Information Technology & Services, Inc. ("HCAIT&S")'s recent motion for temporary restraining order and preliminary injunction, Plaintiff BlueChip Technologies Ltd. ("BlueChip") hereby states that it will maintain the status quo by not terminating service to HCAIT&S until July 22, 2005, the day after the scheduled hearing on HCAIT&S's motion.

|  |  |
|---|---|
|  | BLUECHIP TECHNOLOGIES LTD. <br> By its attorneys, |
| Dated: June 28, 2005 | /s/ Michael A. Albert <br> Michael A. Albert, BBO # 558566 <br> malbert@wolfgreenfield.com <br> Ilan N. Barzilay, BBO # 643978 <br> ibarzilay@wolfgreenfield.com <br> WOLF, GREENFIELD & SACKS, P.C. <br> 600 Atlantic Avenue <br> Boston, Massachusetts 02210 <br> 617.646.8000 phone <br> 617.720.2441 fax |