IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUECHIP TECHNOLOGIES LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>HCA INFORMATION TECHNOLOGY & SERVICES, INC.,<br><br>    Defendant. | Civil Action No. 05-10784 JLT |

## JOINT MOTION TO MODIFY SCHEDULE

Plaintiff BlueChip Technologies Ltd. ("BlueChip") and Defendant HCA Information Technology & Services, Inc. ("HCAIT&S") jointly move for a modification to the schedule on HCAIT&S's motion for temporary restraining order and preliminary injunction. The parties request that BlueChip have until Monday July 18, 2005 to respond to the motion and that the hearing on the motion be moved to Thursday August 4, 2005. If the Court grants this motion and sets the above dates BlueChip states that it will maintain the status quo by not terminating service to HCAIT&S until Friday August 5, 2005.

| | |
|---|---|
| Respectfully Submitted, | Dated June 30, 2005 |
| For BLUECHIP TECHNOLOGIES LTD. | For HCA INFORMATION TECHNOLOGY & SERVICES, INC. |
| /s/ Ilan N. Barzilay<br>Ilan N. Barzilay, BBO # 643978<br>ibarzilay@wolfgreenfield.com<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, Massachusetts 0221<br>617.646.8000 | /s/ Timothy W. Mungovan (by permission)<br>Timothy W. Mungovan, BBO # 600702<br>tmungovan@nixonpeabody.com<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, Massachusetts 02110<br>617.345.1000 |